```
 1  Christian M. Dillon
    Attorney at Law
 2  24591 Del Prado, Suite 101
    Dana Point, California 92629-2929
 3  (949) 496-3933  State Bar No: 89376

 4
    Attorney for Mark A and Lydia M Chavarria
 5
              UNITED STATES BANKRUPTCY COURT
 6              CENTRAL DISTRICT OF CALIFORNIA

 7  MARK A CHAVARRIA &              )   BK. NO. 6:09-bk-22233-PC
    LYDIA M CHAVARRIA               )
 8                                  )
                      Debtors.      )   NOTICE OF HEARING AND
 9                                  )   MOTION FOR ORDER TO AVOID
    MARK A CHAVARRIA &              )   LIEN OF SECOND TRUST DEED
10  LYDIA M CHAVARRIA,              )   HOLDER HSBC MORTGAGE SVCS
                                    )
11                    Movants,      )
                                    )   Date: July 16, 2009
12           vs.                    )   Time: 1:30 PM
                                    )   Loc: U.S. Bankruptcy Court
13  HSBC MORTGAGE SERVICES          )        3420 Twelfth St
                                    )        Riverside, CA
14                                  )        92501
                      Respondent.   )   Ctrm:304
15                                  )
```

16 TO THE HONORABLE PETER CARROLL, ROD DANIELSON, CHAPTER 13

17 TRUSTEE, HSBC MORTGAGE SVCS, and all other interested parties:

18     NOTICE IS HEREBY GIVEN that on July 16, 2009 at 1:30 p.m. in

19 Courtroom 304 of the U.S. Bankruptcy Court located at 3420

20 Twelfth Street, Riverside, CA 92501, debtors Mark A Chavarria and

21 Lydia M Chavarria will move this court for an order avoiding the

22 lien of second trust deed holder HSBC Mortgage Services from

23 debtors' real property located at 4057 Pedley Ave, Norco, CA

24 92860 under 11 U.S.C. section 506(1) on the basis that said lien

25 is wholly unsecured.

26 **Pursuant to Local Bankruptcy Rule 9013-1(7) any opposition to this Motion must be**

27 **filed and served on debtors and debtors' counsel no less than fourteen (14) days prior to the**

28 **above hearing date.  Failure to file and serve a timely response to this Motion may result in**

**a waiver of your right to oppose the Motion and the Court may grant the requested relief**

1 **without further notice to you.**

2     The Court has jurisdiction to hear this matter pursuant to
3 28 U.S.C. sections 157 and 1334. Mark A Chavarria and Lydia M
4 Chavarria, the debtors in this chapter 13 case, are interested
5 parties and have standing to bring this Motion.

6                             FACTS

7     This case was commenced by the filing of a voluntary
8 petition under Chapter 13 of the Bankruptcy Code (11 U.S.C.) On
9 June 4, 2009. At that time, debtors owned and resided in the
10 real property located at 4057 Pedley Ave, Norco, CA 92860. ①(See
11 Bankruptcy Petition Schedule A attached hereto as Exhibit 1 and
12 incorporated herein by reference.) The debtor believed the fair
13 market value of the property as of the time the petition was
14 filed was $350,000.00 as supported by the attached certified
15 residential appraisal. (See Residential Appraisal Report dated
16 05/26/09 attached hereto as Exhibit 2 and incorporated herein by
17 reference.)

18     The property secures two loans. The first loan is secured
19 by a trust deed held by Kondaur Capital in the amount of
20 $451,940.73 as of 06/10/09. (Notice of Trustee's Sale and first
21 page of Proof of Claim attached hereto as Exhibits 3 and 4,
22 respectively and incorporated herein by reference.)

23 _____

24 ①The legal description of the real property is "1.45 ACRES GRS IN
25 PARS A & 1 PM 068/089 PM 11835. The Assessor's Parcel Number is
26 APN 133-120-023.

27

28

2

| 1 | The second loan is secured by a trust deed held by HSBC |
| 2 | MORTGAGE SVCS in the approximate amount of $77,626.16 (see |
| 3 | Monthly Billing Statement for account number 0008711558 attached |
| 4 | hereto as Exhibit 5) |

ARGUMENT

Section 506(a) of the US Bankruptcy Code provides that a secured claim is secured only to the extent of the value of the collateral and unallowed secured claims are void. This section has generated much controversy in chapter 13 cases because of 11 U.S.C. section 1322(b)(2) which prohibits the modification of the rights of the holders of claims secured only by the debtor's principal residence. However, the Ninth Circuit Bankruptcy Appellate Panel held in ***Lam v. Investors Thrift (In re Lam)*** 211 B.R. 36 (9th Cir. B.A.P. 1997) that the protection of section 1322(b)(2) does not apply to holders of totally unsecured claims. This was upheld in ***Zimmer v. PSB Lending Corp (In re Zimmer)*** 313 F.3d 1220 (9th Cir. 2002). Thus if a debtor can demonstrate that the value of his principal residence is less than senior liens, a junior lien will be determined to be wholly unsecured and thus subject to being avoided.

In this case, the value of debtors' residence is $350,000.00 Ex. 2. The first lien against the property is $451,940.73 an amount that is more than the value of the property. The second lien of $77,626.16 is thus wholly unsecured and can be avoided or "stripped."

Based upon the foregoing, debtors Mark A Chavarria and Lydia M Chavarria request an order of this Court as follows:

3

1. That the lien of Respondent HSBC Mortgage Services secured by debtors' real property located at 4057 Pedley Ave, Norco, CA 92860 be determined to be completely unsecured and void; and

2. That any corresponding proof of claim filed by HSBC Mortgage Services be deemed a general unsecured claim within debtor's chapter 13 plan; and

3. For other such relief as the Court deems proper.

Dated: June 18, 2009

CHRISTIAN M. DILLON, Attorney
for Debtors

4

**DECLARATION OF SHARON CORNMAN IN SUPPORT OF DEBTOR'S MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AND AVOIDANCE OF LIEN OF HSBC**

I, Sharon Cornman declare:

1.  I, know the facts set forth in this Declaration to be true from my own personal knowledge, except those facts which are stated on information and belief, and as to those facts I believe them to be true. If called upon to testify as a witness, I could and would competently and truthfully testify to the faces set forth in ths Declaration.

2.  I am licensed by the State of California to perform real estate appraisals (License No. AR024155). I have been performing real estate appraisals for the past twenty four years. I perform an average of 12 residential appraisals per month.

3.  In late May, 2009, I was retained by Mark A Chavarria and Lydia M Chavarria to examine and appraise the single family residence located at 4057 Pedley Ave, Norco, CA 92860 ("the Property"). On May 26, 2009, I examined the Property and conducted the requested appraisal. Attached hereto and incorporated herein by reference as Exhibit "2" is a true and correct copy of my appraisal report.

4.  In determining the fair market value of the Property, I used the sales comparison approach. In preparing the appraisal report, I performed market research, inspected the Property, both interior and exterior, measured the Property to determine the square footage, and surveyed the immediate

5

1    neighborhood.

2  5.   Based upon my observations, inspection of the Property, and
3       market research, as well as my training, education and
4       experience as a residential real estate appraiser, it is my
5       professional opinion that the Property had a fair market
6       value of $350,000 as of May 26, 2009.

7  6.   I have no present or contemplated future interest in the
8       Property.  Neither my employment nor my compensation for
9       this appraisal is contingent upon the value found.

10 7.   I have no personal interest or bias with respect to the
11      subject matter of the appraisal report or the parties
12      involved.

13      I declare under penalty of perjury under the laws of the
14 United States of America that the forgoing is true and correct.

15 Dated: June 18, 2009                _Sharon Cornman_
16                                      SHARON CORNMAN

17

18

19

20

21

22

23

24

25

26

27

28

                                6

## DECLARATION OF CHRISTIAN M. DILLON

I, CHRISTIAN M. DILLON hereby declare as follows:

1. I, am an attorney at law, duly licensed to practice law in all courts in the State of California. I am the attorney for Mark A Chavarria and Lydia M Chavarria, the debtors in the above-captioned chapter 13 bankruptcy case. I have personal knowledge of the following facts, and if called upon to testify in this action, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Schedule A that was filed by me in this case.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Residential Appraisal Report dated May 26, 2009 that was given to me by Sharon Cornman, State Certified Appraiser No. AR024155.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Recorded Notice of Trustee's Sale regarding the First Trust Deed.

5. Attached hereto as Exhibit 4 is a true and correct copy of The first page of the Proof of Claim filed by Kondaur Capital corporation dated June 10, 2009.

6. Attached is exhibit 5, a true and correct copy of the monthly HELOC statement from HSBC Mortgage Services.


I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge. Executed this_18th_ Day of _June_ ,2009 at Dana Point, California

_____
Christian M. Dillon

7

In re _Mark A Chavarria and Lydia M Chavarria_ , Case No. _RS09-22233-PC_
_____
Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _4057 Pedley Ave., Norco CA 92860 Single Family Residence_ | _Husband and Wife_ | C | $ 350,000.00 | $ 350,000.00 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 350,000.00 | |

Exhibit 1

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: PEDLEY 2009

## SUBJECT

| | |
|---|---|
| Property Address: 4057 PEDLEY AVE. | City: NORCO State: CA Zip Code: 92860-3203 |
| County: RIVERSIDE | Legal Description: 1.45 ACRES GRS IN PARS A & 1 PM 068/089 PM 11835 |

Assessor's Parcel #: 133-120-023
Tax Year: 2008    R.E. Taxes: $ 6,534    Special Assessments: $ N/A    Borrower (if applicable): MARK CHAVARRIA
Current Owner of Record: MARK CHAVARRIA    Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $    ☐ per year ☐ per month
Market Area Name: NORCO    Map Reference: 713-H3    Census Tract: 0407.03

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach    (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: THE INTENDED USE OF THE REPORT IS TO DETERMINE THE VALUE OF THE PROPERTY FOR COURT/BANKRUPTCY PURPOSES.
Intended User(s) (by name or type): CHRISTIAN M. DILLON, ATTORNEY AT LAW
Client: CHRISTIAN M. DILLON    Address: 34118 PACIFIC COAST HWY., SUITE 5, DANA POINT, CA 92629
Appraiser: SHARON E. CORNMAN    Address: 33551 BIG SUR ST., DANA POINT, CA 92629

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | PRICE | AGE | One-Unit 90 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | $(000) | (yrs) | 2-4 Unit % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 200 Low 5 | | Multi-Unit % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 700 High 80 | | Comm'l 5 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 350 Pred 45 | | VACANT 5 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): THE NEIGHBORHOOD BOUNDARIES ARE CITY LIMITS TO THE NORTH, SOUTH, AND EAST, AND ONTARIO FREEWAY TO THE WEST. THE MARKET HAS SEEN A DECREASE IN SALES ACTIVITY ALONG WITH AN OVER-SUPPLY OF AVAILABLE PROPERTIES OVER THE PAST YEAR. WHEN APPROPRIATELY PRICED, MARKETING TIME IS TYPICALLY BETWEEN 3-6 MONTHS. SALES CONCESSIONS BEYOND SELLER CONTRIBUTIONS TO THE BUYERS' NON-RECURRING CLOSING COSTS ARE PRESENT BUT NOT TYPICAL. ALL FORMS OF CONVENTIONAL, GOVERNMENT BACKED, AND PRIVATE FINANCING ARE READILY AVAILABLE. CONCESSIONS AFFECTING MARKET VALUE ARE NOT TYPICAL.

## SITE DESCRIPTION

Dimensions: SEE TITLE REPORT    Site Area: 63,162 SF (1.45 ACRES)
Zoning Classification: A-1    Description: SINGLE FAMILY RESIDENTIAL
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☒ No    Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: SINGLE FAMILY RESIDENTIAL    Use as appraised in this report: SINGLE FAMILY RESIDENTIAL
Summary of Highest & Best Use: THE ONLY PERMISSIBLE USE FOR THIS ZONING IS SINGLE FAMILY RESIDENTIAL IMPROVEMENTS.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | PUBLIC | Street | ASPHALT | ☒ | ☐ | Size | ABOVE AVERAGE |
| Gas | ☒ | | PUBLIC | Curb/Gutter | NONE | | ☐ | Shape | IRREGULAR |
| Water | ☒ | | PUBLIC | Sidewalk | NONE | | ☐ | Drainage | ADEQUATE |
| Sanitary Sewer | ☒ | | PUBLIC | Street Lights | INCANDESCENT | ☒ | ☐ | View | NONE |
| Storm Sewer | ☒ | | PUBLIC | Alley | NONE | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X500    FEMA Map # 06065C0683G    FEMA Map Date 8/28/2008
Site Comments: THE SUBJECT IS A TYPICAL INTERIOR SITE. THERE ARE NO CURBS, GUTTERS, OR SIDEWALKS IN MOST AREAS OF NORCO. THERE ARE HORSE TRAILS IN LIEU OF SIDEWALKS.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | Exterior Description | Foundation | Basement ☒ None | Heating CENTRAL |
|---|---|---|---|---|
| # of Units ONE ☐ Acc.Unit | Foundation CONCRETE | Slab PARTIAL | Area Sq. Ft. 54 | Type FAU |
| # of Stories 2 | Exterior Walls STUCCO/WOOD | Crawl Space NONE | % Finished 25 | Fuel GAS |
| Type ☒ Det. ☐ Att. | Roof Surface COMP. SHINGLE | Basement UNFINISHED | Ceiling WOOD | |
| Design (Style) CONTEMPORARY | Gutters & Dwnspts. ADEQ. OH | Sump Pump | Walls CONCRETE | Cooling CENTRAL |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Window Type ALUM/WOOD | Dampness | Floor CONCRETE | Central CENTRAL |
| Actual Age (Yrs.) 60 | Storm/Screens NONE/NONE | Settlement NONE | Outside Entry YES | Other |
| Effective Age (Yrs.) 35-40 | | Infestation NONE | | |

| Interior Description | Appliances | Attic ☐ None | Amenities | Car Storage ☐ None |
|---|---|---|---|---|
| Floors CPT/VINYL/TILE/A | Refrigerator ☐ | Stairs ☐ | Fireplace(s) # 1    Woodstove(s) # | Garage # of cars ( 10  Tot) |
| Walls DRYWALL/A | Range/Oven ☒ | Drop Stair ☐ | Patio COVERED | Attach. |
| Trim/Finish WOOD/A | Disposal ☒ | Scuttle ☒ | Deck | Detach. 2 |
| Bath Floor VINYL/A | Dishwasher ☒ | Doorway ☐ | Porch ENCLOSED | Blt-In |
| Bath Wainscot TILE/A | Fan/Hood ☐ | Floor ☐ | Fence CHAIN | Carport |
| Doors | Microwave ☐ | Heated ☐ | Pool | Driveway 8 |
| | Washer/Dryer ☐ | Finished ☐ | | Surface CONCRETE |

Finished area above grade contains: 7 Rooms    4 Bedrooms    2 Bath(s)    3,019 Square Feet of Gross Living Area Above Grade
Additional features: NONE

Describe the condition of the property (including physical, functional and external obsolescence): THE SUBJECT IS IN AVERAGE CONDITION. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED. THE INTERIOR AND EXTERIOR ARE IN NEED OF PAINT AND THE CARPET NEEDS TO BE REPLACED. IN ADDITION, THE PAINT IS PEELING IN THE DOWNSTAIRS BATH, WHICH MAY BE THE RESULT OF MOLD. THERE IS A DETACHED BONUS ROOM AND THE ORIGINAL GARAGE HAS BEEN CONVERTED INTO LIVING AREA. IT HAS BEEN VALUED AS A GARAGE AS THERE ARE NO PERMITS FOR THE CONVERSION. THE COST TO RETURN THIS AREA TO ITS ORIGINAL USE AS A GARAGE IS ESTIMATED TO BE $3,000.

**GP RESIDENTIAL**

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007



Exhibit 2

# RESIDENTIAL APPRAISAL SUMMARY REPORT

## TRANSFER HISTORY

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): REALIST.COM

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: THE SALE HISTORY IS TYPICAL |
|---|---|
| Date: 4/12/2001 | |
| Price: $345,000 | |
| Source(s): REALIST.COM | |
| 2nd Prior Subject Sale/Transfer | |
| Date: N/A | |
| Price: N/A | |
| Source(s): N/A | |

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 4057 PEDLEY AVE. NORCO, CA 92860-3203 | 1399 PARKRIDGE AVE. NORCO, CA 92860 | | 1767 CORONA AVE. NORCO, CA 92860 | | 3348 HILLSIDE AVE. NORCO, CA 92860 | |
| Proximity to Subject | | 3.47 miles SW | | 2.54 miles SW | | 0.73 miles SW | |
| Sale Price | $ N/A | $ 339,000 | | $ 280,000 | | $ 270,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 125.88 /sq.ft. | | $ 98.42 /sq.ft. | | $ 88.52 /sq.ft. | |
| Data Source(s) | INSPECTION | MLS/REALIST.COM | | MLS/REALIST.COM | | MLS/REALIST.COM | |
| Verification Source(s) | REALIST.COM | DOC #573813 | | DOC #87736 | | DOC #155983 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | CASH | | CASH | | CASH | |
| Concessions | N/A | | | | | | |
| Date of Sale/Time | N/A | 10/28/08 | | 2/24/09 | | 3/31/09 | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | INTERIOR | INTERIOR | | INTERIOR | | INTERIOR | |
| Site | 63,162 SF | 43,560 SF | +19,500 | 66,211 SF | | 19,166 SF | +44,000 |
| View | NONE | NONE | | NONE | | NONE | |
| Design (Style) | CONTEMPORARY | CONTEMPORARY | | CONTEMPORARY | | CONTEMPORARY | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 60 | 40 | | 51 | | 73 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total 7 Bdrms 4 Baths 2 | Total 8 Bdrms 4 Baths 3 | -5,000 | Total 9 Bdrms 5 Baths 3 | -5,000 | Total 9 Bdrms 5 Baths 4 | -10,000 |
| Room Count | | | | | | | |
| Gross Living Area | 3,019 sq.ft. | 2,693 sq.ft. | +13,000 | 2,845 sq.ft. | +7,000 | 3,050 sq.ft. | |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2+ CAR GARAGE | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | NONE | NONE | | NONE | | NONE | |
| OTHER | BONUS ROOM | BARN | | NONE | +10,000 | BARN | |
| | | | | | | | |
| DAYS ON MARKET | N/A | 62 | | 134 | | 134 | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 27,500 | ☒ + ☐ - | $ 12,000 | ☒ + ☐ - | $ 34,000 |
| Adjusted Sale Price | | Net 8.1 % | | Net 4.3 % | | Net 12.6 % | |
| of Comparables | | Gross 11.1 % | $ 366,500 | Gross 7.9 % | $ 292,000 | Gross 20.0 % | $ 304,000 |

Summary of Sales Comparison Approach    MOST CONSIDERATION HAS BEEN GIVEN TO COMP #2 DUE TO THE SIMILARITY IN LOT SIZE AND LIVING AREA. THERE WERE VERY FEW COMPARABLES WITH SIMILARITY IN SITE, CONSEQUENTLY IT WAS NECESSARY TO UTILIZE COMPARABLES IN EXCESS OF 6 MONTHS AND IN EXCESS OF 1 MILE. COMP #1 IS A DATED SALE, BUT IT HAS A 1 ACRE SITE. COMP #3 IS LOCATED CLOSEST TO THE SUBJECT. COMP #4 IS A PENDING SALE. IT WAS LISTED 3/28/09, BY JOSEPH LOPEZ, REPUBLIC REALTY, 909-599-9966. ALL COMPARABLES ARE FORECLOSURE SALES. IT WAS NECESSARY TO UTILIZE THESE COMPARABLES AS THEY ARE THE BEST AVAILABLE IN THE MARKET. THE CONDITION OF ALL THE COMPARABLES IS SIMILAR TO THE CURRENT CONDITION OF THE SUBJECT, WHICH IS IN NEED OF CARPET, PAINT, CEILING REPAIR IN THE BATH, REFINISHING OF THE KITCHEN CABINETS, AND GENERAL CLEAN-UP.

Indicated Value by Sales Comparison Approach $ 350,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): THERE ARE NO VACANT LOT SALES AVAILABLE.

**COST APPROACH** (vertical label)

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| THE COST APPROACH HAS BEEN CONSIDERED BUT HAS NOT | | Sq.Ft. @ $ | =$ |
| BEEN UTILIZED IN THIS REPORT. | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less Physical Functional External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | | =$ |

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

**INCOME APPROACH** (vertical label)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM): THE INCOME APPROACH HAS NOT BEEN UTILIZED AS HOMES IN THIS AREA ARE NOT TYPICALLY PURCHASED FOR AN INCOME STREAM.

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

**PUD** (vertical label)

Legal Name of Project:

Describe common elements and recreational facilities:

**RECONCILIATION** (vertical label)

Indicated Value by: Sales Comparison Approach $ 350,000 Cost Approach (if developed) $ _____ Income Approach (if developed) $ _____

Final Reconciliation THE SALES COMPARISON APPROACH HAS BEEN GIVEN MOST CONSIDERATION IN THE VALUE ANALYSIS AS IT REFLECTS THE ACTIONS OF THE TYPICAL BUYER. THE COST APPROACH HAS BEEN CONSIDERED BUT HAS NOT BEEN UTILIZED. THE INCOME APPROACH WAS NOT UTILIZED AS HOMES IN THIS AREA ARE NOT PURCHASED FOR INCOME PURPOSES.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 350,000 , as of: APRIL 29, 2009 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

**ATTACHMENTS** (vertical label)

A true and complete copy of this report contains 18 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☐ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☒ ADDITIONAL LISTINGS | ☐ | ☐ |

Client Contact: _____ Client Name: CHRISTIAN M. DILLON

E-Mail: _____ Address: 34118 PACIFIC COAST HWY., SUITE 5, DANA POINT, CA 92629

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|

**SIGNATURES** (vertical label)

Appraiser Name: SHARON E. CORNMAN

Company: PROFESSIONAL APPRAISAL SERVICES

Phone: 949-533-3256 Fax: 949-218-1036

E-Mail: SCORNMAN@CMDLAW.NET

Date of Report (Signature): 5/26/09

License or Certification #: AR024155 State: CA

Designation: CERTIFIED RESIDENTIAL APPRAISER

Expiration Date of License or Certification: 12/5/2010

Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None

Date of Inspection: APRIL 29, 2009

Supervisory or Co-Appraiser Name: _____

Company: _____

Phone: _____ Fax: _____

E-Mail: _____

Date of Report (Signature): _____

License or Certification #: _____ State: _____

Designation: _____

Expiration Date of License or Certification: _____

Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None

Date of Inspection: _____

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE 3/2007

# Assumptions, Limiting Conditions & Scope of Work

File No.: PEDLEY 2009

| | | | |
|---|---|---|---|
| Property Address: 4057 PEDLEY AVE. | City: NORCO | State: CA | Zip Code: 92860-3203 |
| Client: CHRISTIAN M. DILLON | Address: 34118 PACIFIC COAST HWY., SUITE 5, DANA POINT, CA 92629 | | |
| Appraiser: SHARON E. CORNMAN | Address: 33551 BIG SUR ST., DANA POINT, CA 92629 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed to anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

3/2007

# Certifications

| Property Address: 4057 PEDLEY AVE. | | City: NORCO | | State: CA | Zip Code: 92860-3203 |
|---|---|---|---|---|---|
| Client: CHRISTIAN M. DILLON | Address: 34118 PACIFIC COAST HWY., SUITE 5, DANA POINT, CA 92629 | | | | |
| Appraiser: SHARON E. CORNMAN | Address: 33551 BIG SUR ST., DANA POINT, CA 92629 | | | | |

## APPRAISER'S CERTIFICATION

**I certify that, to the best of my knowledge and belief:**

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | | Client Name: CHRISTIAN M. DILLON |
|---|---|---|
| E-Mail: | Address: | 34118 PACIFIC COAST HWY., SUITE 5, DANA POINT, CA 92629 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: SHARON E. CORNMAN | Supervisory or Co-Appraiser Name: |
| Company: PROFESSIONAL APPRAISAL SERVICES | Company: |
| Phone: 949-533-3256  Fax: 949-218-1036 | Phone:  Fax: |
| E-Mail: SCORNMAN@CMDLAW.NET | E-Mail: |
| Date Report Signed: 5/26/09 | Date Report Signed: |
| License or Certification #: AR024155  State: CA | License or Certification #:  State: |
| Designation: CERTIFIED RESIDENTIAL APPRAISER | Designation: |
| Expiration Date of License or Certification: 12/5/2010 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: APRIL 29, 2009 | Date of inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                3/2007

# ADDITIONAL COMPARABLE SALES

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4057 PEDLEY AVE. | 2355 CHATTERTON LN. | | | | | |
| | NORCO, CA 92860-3203 | NORCO, CA 92860 | | | | | |
| Proximity to Subject | | 2.82 miles SW | | | | | |
| Sale Price | $ N/A | $ | 347,100 | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 127.14 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | INSPECTION | MLS/REALIST.COM | | | | | |
| Verification Source(s) | REALIST.COM | MLS #C09033700 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. |
| Sales or Financing | N/A | N/A | | | | | |
| Concessions | N/A | | | | | | |
| Date of Sale/Time | N/A | PENDING SALE | | | | | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | | | | |
| Location | INTERIOR | INTERIOR | | | | | |
| Site | 63,162 SF | 54,450 SF | +8,500 | | | | |
| View | NONE | NONE | | | | | |
| Design (Style) | CONTEMPORARY | CONTEMPORARY | | | | | |
| Quality of Construction | AVERAGE | AVERAGE | | | | | |
| Age | 60 | 32 | | | | | |
| Condition | AVERAGE | AVERAGE | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 7 4 2 | 7 4 3 | -5,000 | | | | |
| Gross Living Area | 3,019 sq.ft. | 2,730 sq.ft. | +11,500 | sq.ft. | | sq.ft. | |
| Basement & Finished | N/A | N/A | | | | | |
| Rooms Below Grade | N/A | N/A | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | | | | |
| Energy Efficient Items | NONE | NONE | | | | | |
| Garage/Carport | 2+ CAR GARAGE | 2 CAR GARAGE | | | | | |
| Porch/Patio/Deck | NONE | NONE | | | | | |
| OTHER | BONUS ROOM | NONE | +10,000 | | | | |
| | | | | | | | |
| DAYS ON MARKET | N/A | 9 | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 25,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net 7.2 % | | Net % | | Net % | |
| of Comparables | | Gross 10.1 % | $ 372,100 | Gross % | $ | Gross % | $ |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Building Sketch

| Borrower/Client | MARK CHAVARRIA | | | | |
|---|---|---|---|---|---|
| Property Address | 4057 PEDLEY AVE | | | | |
| City | NORCO | County RIVERSIDE | | State CA | Zip Code 92860-3203 |
| Lender | | | | | |



Comments

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | FIRST FLOOR | 1565.0 | 1565.0 |
| GLA2 | SECOND FLOOR | 1454.0 | 1454.0 |
| BSMT | BASEMENT | 54.0 | 54.0 |
| GAR | GARAGE | 936.0 | |
| | CONVERTED GARAGE | 716.5 | 1552.5 |
| OTH | BONUS ROOM | 806.0 | 806.0 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 3019 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| FIRST FLOOR | | |
| 6.0 × 10.5 | | 63.0 |
| 2.0 × 14.0 | | 28.0 |
| 17.0 × 53.0 | | 901.0 |
| 1.0 × 33.0 | | 33.0 |
| 12.0 × 45.0 | | 540.0 |
| SECOND FLOOR | | |
| 10.5 × 32.0 | | 336.0 |
| 19.5 × 22.0 | | 429.0 |
| 2.5 × 17.0 | | 42.5 |
| 10.0 × 13.0 | | 130.0 |
| 1.0 × 30.5 | | 30.5 |
| 16.5 × 20.0 | | 330.0 |
| 12.0 × 13.0 | | 156.0 |
| 12 Items | (Rounded) | 3019 |

# Location Map

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | MARK CHAVARRIA | | | | |
| Property Address | 4057 PEDLEY AVE | | | | |
| City | NORCO | County RIVERSIDE | | State CA | Zip Code 92860-3203 |
| Lender | | | | | |



# Subject Photo Page

| Borrower/Client | MARK CHAVARRIA | | | | |
|---|---|---|---|---|---|
| Property Address | 4057 PEDLEY AVE. | | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 | |
| Lender | | | | | |



### Subject Front

4057 PEDLEY AVE.

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,019 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | INTERIOR |
| View | NONE |
| Site | 63,162 SF |
| Quality | AVERAGE |
| Age | 60 |



### Subject Rear



### Subject Street

# Photograph Addendum

| Borrower/Client | MARK CHAVARRIA | | | | |
|---|---|---|---|---|---|
| Property Address | 4057 PEDLEY AVE | | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 |
| Lender | | | | | |



ADDITIONAL REAR PHOTO AND REAR OF
BONUS ROOM



BONUS ROOM



LIVING ROOM

Form GPICPIX — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Photograph Addendum

| | | | | |
|---|---|---|---|---|
| Borrower/Client | MARK CHAVARRIA | | | |
| Property Address | 4057 PEDLEY AVE. | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 |
| Lender | | | | |



DOWNSTAIRS BATH



DAMAGED CEILING IN DOWNSTAIRS BATH



UPSTAIRS BATH

# Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | MARK CHAVARRIA | | | | |
| Property Address | 4057 PEDLEY AVE. | | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 |
| Lender | | | | | |



KITCHEN



KITCHEN



DINING AREA

# Photograph Addendum

| Borrower/Client | MARK CHAVARRIA | | | | |
| Property Address | 4057 PEDLEY AVE. | | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 |
| Lender | | | | | |



MASTER BEDROOM



BEDROOM



BEDROOM

# Photograph Addendum

| | | | | |
|---|---|---|---|---|
| Borrower/Client | MARK CHAVARRIA | | | |
| Property Address | 4057 PEDLEY AVE. | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 |
| Lender | | | | |



CONVERTED GARAGE



CONVERTED GARAGE

Form GPICPIX — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Comparable Photo Page

| Borrower/Client | MARK CHAVARRIA | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4057 PEDLEY AVE. | | | | | |
| City | NORCO | County RIVERSIDE | | State CA | Zip Code 92860-3203 | |
| Lender | | | | | | |



### Comparable 1
1399 PARKRIDGE AVE.

| Prox. to Subject | 3.47 miles SW |
|---|---|
| Sales Price | 339,000 |
| Gross Living Area | 2,693 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | INTERIOR |
| View | NONE |
| Site | 43,560 SF |
| Quality | AVERAGE |
| Age | 40 |



### Comparable 2
1767 CORONA AVE.

| Prox. to Subject | 2.54 miles SW |
|---|---|
| Sales Price | 280,000 |
| Gross Living Area | 2,845 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | INTERIOR |
| View | NONE |
| Site | 66,211 SF |
| Quality | AVERAGE |
| Age | 51 |



### Comparable 3
3348 HILLSIDE AVE.

| Prox. to Subject | 0.73 miles SW |
|---|---|
| Sales Price | 270,000 |
| Gross Living Area | 3,050 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4 |
| Location | INTERIOR |
| View | NONE |
| Site | 19,166 SF |
| Quality | AVERAGE |
| Age | 73 |

# Comparable Photo Page

| | | |
|---|---|---|
| Borrower/Client | MARK CHAVARRIA | |
| Property Address | 4057 PEDLEY AVE | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code 92860-3203 |
| Lender | | |



### Comparable 4

| | |
|---|---|
| | 2355 CHATTERTON LN. |
| Prox. to Subject | 2.82 miles SW |
| Sales Price | 347,100 |
| Gross Living Area | 2,730 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | INTERIOR |
| View | NONE |
| Site | 54,450 SF |
| Quality | AVERAGE |
| Age | 32 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# E & O INSURANCE

| Borrower/Client | MARK CHAVARRIA | | | | |
|---|---|---|---|---|---|
| Property Address | 4057 PEDLEY AVE. | | | | |
| City | NORCO | County RIVERSIDE | State CA | Zip Code | 92860-3203 |
| Lender | | | | | |

## Five Star Appraisers
## E&O Program

950 W. Van Buren, Suite 1800 · Chicago, IL 60607
(800)997-4541 · Fax (866)729-5905

## PROOF OF COVERAGE

1. Name and Address of Insured:

   Sharon Earlene Corman
   dba Professional Appraisal Services
   2406 S Grove Ave 16
   Ontario          CA 91761

   Binding Authority: B0596FL042190260S

2. Insurer:    Underwriters at Lloyd's
   Rating:    AM Best: A (Excellent)        S&P: A+(Good)

3. Coverage:    Errors and Omissions

5. Policy Number:    076EALPP-01289

5. Limits of Liability:        $300,000        Each Claim, including Claims Expenses
                               $300,000        Annual Aggregate, including Claims Expenses

6. Deductible:        $1,000        Each Claim, including Claims Expenses

7. Annual Policy Premium:
   $    $712.00  Gross Premium
   $    $50.00   Processing Fee
   $    $21.55   Surplus Lines Tax CA
   $    $.80     Stamping Fee CA
   $    $784.35  Total Premium

8. Policy Period:    07/01/2008  to  07/01/2009
   12:01 a.m. standard time at the location stated above

9. Retroactive Date:    07/01/1994

   Definition: Retroactive Date (Prior Acts Coverage) - This is the date from which the insured warrants that "CONTINUOUS" Professional Liability coverage has existed without interruption. Appraisers retaining this Insurance for the FIRST time or renewing insurance after a gap in coverage will have a retroactive date the same as the policy inception date. A retroactive date indicates how far back in time this insurance will provide coverage for prior acts. Any claims made for an appraisal done prior to the retroactive date will be excluded under this policy.

10. Based On: 1 GO     Appraiser    Sharon Earlene Corman

11. Coverage is subject in all respects to the terms, conditions and limitations of the policy issued by Underwriters as Lloyds, unless otherwise specified.

12. This "Proof of Coverage" notice is your formal "Evidence of Insurance" to be used (or copies thereof) to notify banks, and other third parties that such coverage exists.

Date of Issuance:   July 01, 2008

## Kevin M. Ottley

Authorized Representative

PROOF

# APPRAISER LICENSE

| Borrower/Client | MARK CHAVARRIA | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4057 PEDLEY AVE. | | | | | |
| City | NORCO | County RIVERSIDE | | State | CA | Zip Code 92860-3203 |
| Lender | | | | | | |



STATE OF CALIFORNIA

Business, Transportation & Housing Agency

## OFFICE OF REAL ESTATE APPRAISERS

## REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER    AR024155

### SHARON E. CORNMAN

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

*Bob Clark*

Date Issued:  December 6, 2008
Date Expires:  December 5, 2010

Audit No. 113981

THIS DOCUMENT CONTAINS A TITLE WATERMARK - HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"

Requested and Prepared by:

**FIRST AMERICAN TITLE INSURANCE COMPANY**

When Recorded Mail To:
**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**
**P.O. BOX 961253**
**FORT WORTH, TX 76161**                           877-276-1894

TSG No.:          3811778
TS No.:           20089017102618
FHA/VA/PMI No.:

*7H  4/2  9 9^M*

Space above this line for Recorder's use only

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 12/18/2002. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On 11/10/2008 at 9:00 A.M., **FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**, as duly appointed Trustee under and pursuant to Deed of Trust recorded **12/31/2002**, as Instrument No. **2002-791513**, in book , page , of Official Records in the office of the County Recorder of **RIVERSIDE** County, State of **CALIFORNIA**. Executed by:

    **MARK A CHAVARRIA,**
    **LYDIA M CHAVARRIA,**

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (Payable at time of sale in lawful money of the United States)

All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as: AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST APN# 133-120-023-3

The street address and other common designation, if any, of the real property described above is purported to be:

### 4057 PEDLEY AVE

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$412,677.76.**. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the County where the real property is located.

**First American LoanStar Trustee Services**
**3 First American Way**
**Santa Ana, CA 92707**

Date:  10/19/2008        *4/2/09*

Original document signed by Authorized Agent

  Chet Sconyers      -- FOR TRUSTEE'S SALE
  INFORMATION PLEASE CALL 714-573-1965

FIRST AMERICAN LOANSTAR TRUSTEE SERVICES MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

**See attached declaration**

*Exhibit 3*

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT___Central___DISTRICT OF California___ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Mark A. Chavarria and Lydia M. Chavarria | Case Number:<br>6:09-bk-22233-PC |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>First Franklin Financial Corporation | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Kondaur Capital Corporation<br>1100 West Town and Country Road #1600<br>Orange, CA 92868<br><br>Telephone number: (714) 352-2029 | **Court Claim**<br>**Number:** _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ 451,940.73<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☒ Check this box if claim includes interest or other charges in addition to the principle amount of claim. Attach Itemized statement of interest of charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** ___Note Dated 12/18/02___<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3.** Last four digits of any number by which creditor identifies debtor: __6590__ ( K.052-013 )<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or Cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim:** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other<br>Describe: 4057 Pedley Avenue, Norco, California<br><br>Value or Property:$_____ Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>If any: $ __70,468.51__ Basis for perfection: __Note and Deed of Trust__<br><br>Amount of Secured Claim: $ __451,940.73__ Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5)<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or households use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C §507 (a)(____). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/10/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date:<br>06/10/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |

**Polk, Prober & Raphael, A Law Corporation /s/ Sandra Martell**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Exhibit 4



## STATEMENT OF YOUR HOME EQUITY CREDIT LINE

Your Home Equity Credit Line is $75,000
Your Available Credit is $0

175571

### ACCOUNT SUMMARY

| Account Number | Billing Date | Due Date | Amount Past Due | Total Payment Due |
|---|---|---|---|---|
| 0008711558 | 03/06/09 | 04/01/09 | 2,268.33 | 2,626.16 |

| Previous Balance | (-) Payments | (-) Credits & Adjustments | (+) Advances & Other Charges | (+) Finance Charge | (+)Insurance Charges | *New Balance |
|---|---|---|---|---|---|---|
| 77,613.68 | 345.35 | 0.00 | 0.00 | 357.83 | 0.00 | 77,626.16 |

### ACCOUNT DETAIL SINCE LAST STATEMENT

| Transaction Date | Posting Date | Transaction Description | Principal/ Advances | Interest | Fees/Other | Transaction Amount |
|---|---|---|---|---|---|---|
| 02/11/09 | 02/11/09 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/11/09 | 02/11/09 | MORTGAGE PAYMENT | 0.00 | 345.35 | 0.00 | 345.35 |

### IMPORTANT MESSAGES

Any payment of $4,500.00 or greater will adjust your available credit nine (9) calendar days after receipt to allow for check clearing.

### FINANCE CHARGE INFORMATION

| Days | Actual Daily Balance | Periodic Rate | ANNUAL PERCENTAGE RATE | Finance Charge |
|---|---|---|---|---|
| 31 | 75,000.00 | 0.01539 | 5.61762 | 357.83 |

**AVERAGE DAILY BALANCE: 75,000.00**     **ANNUAL PERCENTAGE RATE: 5.6176**     **TOTAL FINANCE CHARGE: 357.83**

---

0001156

Page 1 of 1
**Please enclose the bottom portion of your statement with your payment so that our address appears in the window.**



| Account Number | 0008711558 |
|---|---|
| New Balance | 77,626.16 |
| Billing Date | 03/06/09 |
| Due Date | 04/01/09 |
| Late charge | .00 |
| Total Payment Due | 2,626.16 |

Amount Enclosed **$**

**IMPORTANT:**
- Make checks payable to HSBC Mortgage Services
- Please write your account number on your check.
- Do not fold staple or clip.
- Do not send cash.
- Please send your payment 7 days prior to the due date to ensure timely delivery.

HSBC Mortgage Services
P.O.BOX 60113
CITY OF INDUSTRY CA 91716-0113

MARK A CHAVARRIA
4057 PEDLEY AVE.
NORCO, CA 92860-3203



088  0008711558  0262616  0262616

*Exhibit 5*

| In re: Mark A Chavarria and Lydia M Chavarria | CHAPTER: 13 |
| Debtor(s). | CASE NUMBER: RS09-22233-PC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
24591 Del Prado, Suite 101, Dana Point, CA 92629

A true and correct copy of the foregoing document described as <u>Notice of Hearing and Motion for Order</u> <u>to Avoid Lien of Second Trust Deed Holder HSBC Mortgage Services</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

Honorable Pete Carroll c/o Chambers Clerk
3420 Twelfth Street, Suite 365
Riverside, CA 92501-3819

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>06/29/09</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Rod Danielson     notice-efile@rodan13.com
United States Trustee     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>06/29/09</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Kondaur Capital Corporation - Certified Mailing
1100 West Town and Country Road, #1600
Orange, CA 92868

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/29/09 | Amber Driscoll | /s/ Amber Driscoll |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                 **F 9013-3.1**

F901331

| In re: Mark A Chavarria and Lydia M Chavarria | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: RS09-22233-PC |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Certified Mail:

HSBC Mortgage Services

PO Box 9068

Brandon, FL  33509-9068


US Mail:

Mark & Lydia Chavarria

4057 Pedley Ave

Norco, CA  92860

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 9013-3.1**