# United States Bankruptcy Court
## Central District of California

**Riverside**

**Judge Peter Carroll, Presiding**

**Courtroom 304 Calendar**

---

1:31 pm

6:09-22233     **Mark A Chavarria and Lydia M Chavarria**                              **Chapter 13**

#56.00          Hrg. on Confirmation of Chapter 13 Plan

EH

Docket #:

C. Dillon, Debtor

**Matter Notes:**

(    )  **Confirmed** per trustee's recommendation     - Plan provisions: % to pay _____

　　　　　　　　　　　Duration _____

　　　　　　　　　　　Payment $_____

(    )  **Objection** to plan:     (    ) Withdrawn     (    ) Sustained     (    ) Overruled

(    )  **Case Dismissed**

　　　　(    ) without prejudice       (    )  Under § 109(g)

　　　　(    ) if conversion to chapter 7 not filed and fee paid within 10 days

(    )  **Continued to** _____ at _____ p.m.

(    )  **Off calendar**

(    )  **Other**

**Courtroom Deputy:**
- NONE LISTED -

---