# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Mark A Chavarria

**BANKRUPTCY NO.** 6:09−bk−22233−PC

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1586
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/22/09

**JOINT DEBTOR INFORMATION:**
Lydia M Chavarria

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−3701
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 7/22/09

**Address:**
4057 Pedley Ave
Norco, CA 92860

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: July 22, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**14 / TAP**