```
 1  Christian M. Dillon
    Attorney at Law
 2  24591 Del Prado, Suite 101
    Dana Point, California 92629-2929
 3  (949) 496-3933   State Bar No: 89376

 4
    Attorney for, Mark A and Lydia M Chavarria
 5

 6              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
 7
    MARK A CHAVARRIA &
 8  LYDIA M CHAVARRIA,                   )   BK. NO. 6:09-22233-PC
                                         )
 9                                       )
                    Debtors.             )   NOTICE OF MOTION AND
10  _____        )   MOTION TO RETURN REAL
    MARK A & LYDIA M CHAVARRIA           )   PROPERTY TO THE DEBTOR'S
11                                       )   ESTATE TAKEN IN VIOLATION
                                         )   OF THE AUTOMATIC STAY
12                                       )   UNDER 11 U.S.C. § 362(1)(3)
                    Movant,              )
13                                       )   Date: 09/09/2009
            vs.                          )   Time: 1:30 p.m.
14                                       )   Loc: U.S. Bankruptcy Court
    KONDAUR CAPITAL CORPORATION THROUGH  )        3420 Twelfth St
15  FIRST FRANKLIN FINANCIAL CORP AND    )        Riverside, CA. 92501
    FORECLOSURE TRUSTEE FIRST AMERICAN   )   Ctrm: 304
16  LOANSTAR TRUSTEE                     )
      Respondent.                        )
17  _____)

18  TO THE HONORABLE PETER CARROLL, ROD DANIELSON, CHAPTER 13 TRUSTEE,

19  KONDAUR CAPITAL CORPORATION, FIRST FRANKLIN FINANCIAL GROUP, FIRST

20  AMERICAN LOANSTAR TRUSTEE, and all other interested parties:

21      NOTICE IS HEREBY GIVEN that on September 9 at 1:30 p.m. in

22  Courtroom 304 of the U.S. Bankruptcy Court located at 3420 Twelfth

23  Street, Riverside, California, debtors Mark A Chavarria and Lydia

24  M Chavarria will move this court for an order returning debtor's

25  real property located at 4057 Pedley Ave, Norco, CA 92860 to the

26  bankrupt estate on the basis that the property was taken by

27  respondent in violation of the automatic stay provided under 11

28  U.S.C. § 362.
```

**Pursuant to Local Bankruptcy Rule 9013-1(7) any opposition to this Motion must be filed and served on debtors and debtors' counsel no less than fourteen (14) days prior to the above hearing date. Failure to file and serve a timely response to this Motion may result in a waiver of your right to oppose the Motion and the Court may grant the requested relief without further notice to you.**

The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. sections 157 and 1334. Mark A Chavarria and Lydia M Chavarria, the debtors in this chapter 13 case, are interested parties and have standing to bring this Motion.

FACTS

This case was commenced by the filing of a voluntary petition under Chapter 13 of the Bankruptcy Code (11 U.S.C.) On June 4, 2009. At that time, there was a foreclosure sale of debtor's property set for June 5, 2009 at 9:00 a.m. at the Main Street entrance to the county courthouse 4050 Main Street, Riverside, California. (Exhibit A) On June 5, 2009, First American Loanstar Trustee, as foreclosure trustee for respondent, conducted a foreclosure sale of the property in violation of 11 U.S.C. § 362(1) & (3), and transferred the property to Kondaur Capital Corporation. (Exhibit B) Despite demands, the property has not been returned to the estate of the debtor.

ARGUMENT

Section 362(a) of Chapter 11 of the US Bankruptcy Code states that "except as otherwise provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or in application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of - (1) the commencement or

2

continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;"

11 U.S.C. § 362(3) prohibits any act to obtain possession of the property of the estate or to exercise control over any property of the estate. Subsection (a)(4) any act to enforce any lien against the property of the estate and subsection (a)(5) prohibits the enforcement against the enforcement of any lien that secured a claim that arose before the commencement of the case under this title.

In this case, debtor was protected by the automatic stay and the property was taken in violation of the automatic stay. Therefore the foreclosure sale of this property is void and the property must be returned to the estate.

Based upon the foregoing, debtors Mark A Chavarria and Lydia M Chavarria request an order of this Court as follows:
1. That the foreclosure sale of June 5, 2009 recorded June 5, 2009 be declared void,
2. That the court order respondent Kondaur Capital Corporation through First Franklin Financial Management return ownership of the property to the debtor's estate; and
3. For other such relief as the Court deems proper.

Dated: August 5, 2009

CHRISTIAN M. DILLON, Attorney for Debtor

**DECLARATION OF MARK A CHAVARRIA**

I, MARK M CHAVARRIA, hereby declare as follows:

1. I am the debtor in the above-captioned chapter 13 bankruptcy case. I have personal knowledge of the following facts, and if called upon to testify in this action, I could and would testify competently thereto.
2. On June 4, 2009, I filed a chapter 13 bankruptcy case number 6:09-22233-PC in order to reorganize and make payments on my residence located at 4057 Pedley Ave, Norco, CA 92860.
3. There was a foreclosure trustee sale of the property set for June 5, 2009.
4. I was advised thereafter that on June 5, 2009 the foreclosure trustee recorded a trustee's deed upon sale in favor of my lender.
5. I believe the sale was in violation of the automatic stay granted in my case.
6. I ask that the property be returned to me.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed this _6th_ Day of _August_, 2009 at Dana Point, California

_____
Mark A Chavarria

4

**PROOF OF SERVICE (By Mail)**
STATE OF CALIFORNIA )
                            ) ss.
COUNTY OF ORANGE )

      I am employed by Christian M Dillon, Attorney at Law, 24591 Del Prado, Suite 101, Dana Point, CA 92629. I am over the age of 18, and not a party to this action.

      I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice, in the ordinary course of business, documents are deposited with the U.S. Postal Service in Dana Point, California, on that same day with postage thereon fully prepaid. I am aware that on motion fo the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

      On this day I caused to be served the within NOTICE OF MOTION AND MOTION TO RETURN REAL PROPERTY TO THE DEBTOR'S ESTATE TAKEN IN VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(1) (3) & DECLARATION OF MARK A & LYDIA M CHAVARRIA IN SUPPORT THEREOF on interested parties in this action, by mailing a true and correct copy to the following

First Franklin Financial Corporation
C/O Kondaur Capital Corporation
1100 West Town and Country Road, #1600
Orange, CA 92868

First American LoanStar Trustee Services
3 First American Way
Santa Ana, CA 92707

[x]    (By Mail) I caused each envelope, with postage fully prepaid, to be placed in the United States mail at Dana Point, California.

      I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

      Executed on August 6, 2009 at Dana Point, California.

                                                      Amber Driscoll

Requested and Prepared by:

FIRST AMERICAN TITLE INSURANCE
COMPANY

When Recorded Mail To:
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
P.O. BOX 961253
FORT WORTH, TX 76161    877-276-1894

TSG No.:        3811778
TS No.:         20089017102618
FHA/VA/PMI No.:

817-699-1484

TH 4/2 11M

Space above this line for Recorder's use only

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 12/18/2002. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On 11/10/2008 at 9:00 A.M., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, as duly appointed Trustee under and pursuant to Deed of Trust recorded 12/31/2002, as Instrument No. 2002-791513, in book , page , of Official Records in the office of the County Recorder of RIVERSIDE County, State of CALIFORNIA. Executed by:

MARK A CHAVARRIA,
LYDIA M CHAVARRIA,

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (Payable at time of sale in lawful money of the United States)

All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as: AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST APN# 133-120-023-3

The street address and other common designation, if any, of the real property described above is purported to be:

### 4057 PEDLEY AVE

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $412,677.76.. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the County where the real property is located.

First American LoanStar Trustee Services
3 First American Way
Santa Ana, CA 92707

Date:  10/19/2008    4/2/09 -

Original document signed by Authorized Agent
Chet Sconyers    -- FOR TRUSTEE'S SALE
INFORMATION PLEASE CALL 714-573-1965

FIRST AMERICAN LOANSTAR TRUSTEE SERVICES MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

See attached declaration

Exhibit A



**PRIORITY**
*Independent Service with Impeccable Results*

AUCTIONS | HOLIDAY CALENDAR | LOGIN

**Quick Search**

TS#/Client Ref.: [          ]

Search

AUCTIONS matching | TS#/Client Ref.: 20089017102618

| TS Number | Address | Estimated Debt | Opening Bid | Status | Auction Time | User Time |
|---|---|---|---|---|---|---|
| **Friday, June 05, 2009** | | | | | | |
| 20089017102618 | 4057 PEDLEY AVE, NORCO, CA 92860 | $413,283.97 | $269,000.00 | Sold to Beneficiary | 9:00 AM | 10:00 AM |

**Options**

advanced search

Exhibit B