| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501-1749<br>(951) 826-8000 FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | **ORIGINAL** |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 09-22233 PC |
|---|---|
| In re:<br><br>CHAVARRIA<br><br><br>Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☐ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☒ OTHER: DEBTOR'S MOTION TO RETURN REAL PROPERTY TO THE DEBTOR'S ESTATE

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ___8/6/09___ as docket entry number _____18____:

☒ THE TRUSTEE TAKES NO POSITION ON DEBTOR'S MOTION.

Dated: August 10, 2009                              _____

| In re: **MARK A CHAVARRIA** | **Chapter: 13** |
| **LYDIA M CHAVARRIA** | |
| Debtor(s) | Case Number: **6:09-bk-22233-PC** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee Comments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _8-11-09_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

MARK A CHAVARRIA
LYDIA M CHAVARRIA
4057 PEDLEY AVE
NORCO, CA 92860

CHRISTIAN M DILLON, ESQ
34118 PACIFIC COAST HWY
STE 5
DANA POINT, CA 92629

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _8-11-09_ | Susan Jones | *Susan Jones* |
| Date | Type Name | Signature |

FG:173-POS